```
1  FRANK E. MAYO/State Bar #42972
   Law Office of Frank E. Mayo
2  4962 El Camino Real, Ste. 104
3  Los Altos, CA 94022

4  (650) 964-8901

5  Attorney for Plaintiff
```

E-filing   ADR

FILED

SEP 24 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JSC

| JOHN BURKE, | ) Case No **CV 14 . 04310** |
|---|---|
| Plaintiff, | ) **COMPLAINT FOR DAMAGES** |
| VS | ) **PROFESSIONAL NEGLIGENCE** |
| JOHN N. DIANA AND THE COON REPLACMENT INSTITUTE, | ) JURY TRIAL DEMANDED |
| Defendants | ) |

Plaintiff makes complaint against Defendants and each of them and for causes of action alleges as follows.

### COUNT I

### NEGLIGENCE DR. JOHN N. DIANA

1  Plaintiff is now a resident of the State of Connecticut.

2  Defendant John N. Diana is now and at all times herein mentioned was a resident of the county of Napa, State of California and is a physician and surgeon licensed by the state of

1

FCOMPLAINT FOR PROFESSIONAL NEGLIGENCE

1  California to practice his profession in the state of California and at all times herein mentioned

2  practiced his profession in the city of Saint Helena in the county of Napa, state of California.

3  Plaintiff is unaware as to whether Defendant The Coon Replacement Institute is a corporation, partnership, limited liability partnership or unincorporated association. It however employed Defendant John N. Diana at all times herein mentioned and Defendant John N Diana at all times herein mentioned in doing the things and committing the acts herein alleged was acting within the course and scope of his agency and employment with The Coon Replacement Institute.

4  Jurisdiction of this court is predicated on diversity of citizenship 28 USC 1332 because the amount in controversy exceeds Seventy Five Thousand Dollars.

5  Venue is properly in the Northern District of California because the acts and events giving rise to Defendants' liability arose in the county of Napa within this judicial district.

6. On or about May 29, 2013 Plaintiff employed Defendant John N. Diana and Defendant The Coon Replacement Institute for the care and treatment of severe left knee pain.

7. On July 5, 2013 Defendant Dr. John N Diana performed a surgical procedure on Plaintiff consisting of a total knee arthroplasty.

8. In performing said total knee arthroplasty Defendant John N Diana owed a duty to Plaintiff to perform within the acceptable standard of medical care within the medical community.

9. Defendant Dr. John breached this standard of care by negligently performing said total knee arthroplasty by among other things negligently performing meniscus replacement.

10. As a direct and proximate result of the negligence of Defendant John N. Diana in failing to perform the total knee arthroplasty, comply within the acceptable and deviation from the appropriate standard of medical standard of medical care in the community the total knee arthroplasty performed by Dr. John Diana has failed proximately causing Plaintiff extreme pain and suffering and proximately the need for further left knee surgical procedures with attendant

FCOMPLAINT FOR PROFESSIONAL NEGLIGENCE

medical bills and expenses all to Plaintiff's damage in a sum in excess of the minimum jurisdiction amounts of this court.

11. Plaintiff discovered it was Defendant John N. Diana's failure to perform the aforesaid left knee arthroplasty in accordance with the acceptable medical standards of care resulting in his pain, suffering and need for further knee surgery on or about October 5, 2013.

## COUNT II

## IMPUTED NEGLIGENCE

## THE COON REPLACEMENT INSTITUTE

12. Plaintiff incorporates herein by reference Count One of this complaint as though set forth in full herein

13. In performing the aforesaid surgical procedure Dr. John N Diana was acting within the course and scope of his agency and employment and agency with Defendant The Coon Replacement Institute

WHEREFORE, Plaintiff prays judgment against Defendants and each of them as follows;

On Count One for Plaintiff's special and general damages in a sum from Defendant John N Diana according to proof.

On Count Two for Plaintiff's special and general damages in sum from The Coon Replacement Institute in a sum according to proof/.

Dated: September 24 2014

Frank E. Mayo, Attorney for Plaintiff
Attorney for Planitff

FCOMPLAINT FOR PROFESSIONAL NEGLIGENCE