```
`RONALD P. GOLDMAN, SBN 98991
ROBERT V. GOOD, SBN 256256
```
**THE GOLDMAN LAW FIRM**
Merchant Bank Building
55 Main Street
Tiburon, California 94920
Telephone: (415) 435-5500
Facsimile: (415) 435-5156
Email:  rgood@goldmanlawfirm.net

Attorneys for Defendants JOHN DIANA, M.D.; COON JOINT REPLACEMENT INSTITUTE

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BURKE,<br><br>         Plaintiff,<br><br>vs.<br><br>JOHN N. DIANA, M.D.; COON JOINT REPLACEMENT INSTITUTE,<br><br>         Defendants, | Case No.: CV-14-04310 TEH<br>(UNLIMITED CIVIL CASE)<br><br>**[Proposed] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

Pursuant to the stipulation of the parties, and for good cause shown, this Court hereby orders that case management conference in the above-captioned matter currently scheduled for February 2, 2015 at 1:30 p.m. is vacated and continued to ____March 16____, 2015, at 1:30 PM. The continued case management conference will be held before Judge Henderson in Courtroom 12, on the 19th Floor of the U.S. District Courthouse located at 450 Golden Gate Ave., San Francisco, CA 94102. Not less than _7_ days prior to the continued case management conference, counsel shall submit a joint case management conference statement.

**SO ORDERED.**

Dated: January _27_, 2015                    By:  _/s/ Thelton E. Henderson_
                                                                              HON. THELTON E. HENDERSON
                                                                              U.S. DISTRICT COURT JUDGE