1  FRANK E. MAYO/State Bar #42972
   Law Office of Frank E. Mayo
2  4962 El Camino Real, Ste. 104
3  Los Altos, CA 94022
   Telephone (650) 964-8901
4
   Attorney for Plaintiff
5  John Burke

6
   Ronald P. Goldman State Bar #98991
7  Robert Good, State Bar #256256
   The Goldman Law Firm
8  Merchant Bank Building
   55 Main St.
9  Tiburon, California 94920
   Telephone: (415) 435-5500
10 Facsimile: (415) 435-5156

11
   Attorneys for Defendants
12 John Diana, M.D.; Coon Joint Replacement Institute

13

14

15                  UNITED STATES DISTRICT COURT

16                  NORTHERN DISTRICT OF CALIFORNIA

17 JOHN BURKE,                    )   Case No. C14-04310 TEH
                                  )
18      Plaintiff,                )   **STIPULATION TO DISMISS CASE**
19                                )
   vs.                            )
20                                )
                                  )
21 JOHN N. DIANA, M.D.; THE       )
   COON JOINT REPLACEMENT         )
22 INSTITUTE,                     )
                                  )
23      Defendants.               )
                                  )
24 _____

25

26

27 \\

28 \\

                            1
_____
STIPULATION TO DISMISS CASE.

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(a)(ii), Plaintiff JOHN BURKE and Defendants JOHN N. DIANA, M.D. and THE COON JOINT REPLACEMENT INSTITUTE, by and through their counsel of record, hereby stipulate that this action and all claims Plaintiff has asserted against Defendants therein are hereby dismissed with prejudice. The parties request that the Court enter an order dismissing the case. Each party to bear their respective own costs and attorney fees.

**SO STIPULATED.**

Dated: July 6, 2015    \_\_/S/_____
Frank E. Mayo, Attorney for
Plaintiff John Burke

Dated: July 6, 2015    \_\_\_\_/S/_____
Robert V. Good, Attorney for
Defendant John Diana, M.D. and
Defendant The Coon Joint Replacement Institute

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
07/07/2015
IT IS SO ORDERED
Judge Thelton E. Henderson

STIPULATION TO DISMISS CASE.

# CERTIFICATE OF SERVICE

I, Robert V. Good, certify that on July 6, 2015, I caused a copy of the attached STIPULATION TO DISMISS THE CASE to be electronically filed with the Court using the Court's CM/ECF System, which will send a notice of electronic filing to:

| | |
|---|---|
| Frank E. Mayo, Esq.<br>Law Offices of Frank E. Mayo<br>4962 El Camino Real, Suite 104<br>Los Altos, CA 94022<br>Tel.: (650) 964-8901<br>Fmayolaw.aol.com<br><br>*Counsel for Plaintiff*<br>*JOHN BURKE* | |

I declare/certify under penalty of perjury under the laws of the state of California that the foregoing is true and correct.  Executed on **July 6, 2015**, Tiburon, California.

_____/S/_____
Robert V. Good